

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00737-CR

The **STATE** of Texas,
Appellant

v.

Josue Isay **DEL CAMPO-CHAVEZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,797
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Josue Isay Del Campo-Chavez's request for habeas relief; RENDER judgment denying Del Campo-Chavez's habeas application; and REINSTATE the information charging Del Campo-Chavez with the misdemeanor offense of criminal trespass.

SIGNED October 15, 2025.

_H. Todd McCray_
H. Todd McCray, Justice